# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SMITH, LISA M. | U.S.DISTRICT COURT, SDNY | 06/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE FULL TIME | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2018 | Pace University School of Law - Teaching | $12,235.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Wages from Ridgefield Hardware Co., Ridgefield, CT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Cash accounts | | None | J | T | | | | | |
| 2. TD Bank Cash account | | None | J | T | | | | | |
| 3. Fidelity NY Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 4. Fidelity IRA (Puritan Fund) (Y) | | | | | | | | | |
| 5. Fidelity IRA (Fidelity Fund) | A | Dividend | K | T | | | | | |
| 6. Fidelity IRA (Cash Reserves) | A | Dividend | K | T | | | | | |
| 7. Webster Bank, Wilton CT -- Checking Account | | None | J | T | | | | | |
| 8. Fidelity Growth and Income Fund (Y) | | | | | | | | | |
| 9. Fidelity Dividend Growth Fund (Y) | | | | | | | | | |
| 10. HSBC IRA (Fideltiy Puritan Fund) (X) | A | Dividend | K | T | | | | | |
| 11. HSBC IRA (T. Rowe Price Dividend Growth Fund) | A | Dividend | K | T | | | | | |
| 12. HSBC Cash Account | | None | J | T | | | | | |
| 13. Cisco Systems Common Stock (Y) | | | | | | | | | |
| 14. Century Link Communications Common Stock (Y) | | | | | | | | | |
| 15. Walt Disney Common Stock (Y) | | | | | | | | | |
| 16. Long Island Power Auth. Bonds (Y) | | | | | | | | | |
| 17. Stifel Nicolaus IRA money market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stifel Nicolaus investment account money market | A | Interest | J | T | | | | | |
| 19. Stifel Nicolaus Custodial Acc't for minor child #1 (cash account) (Y) | | | | | | | | | |
| 20. Stifel Nicolaus Custodial Acc't for minor child #2 (cash account) (Y) | | | | | | | | | |
| 21. General Electric common stock (Y) | | | | | | | | | |
| 22. Citigroup common stock (Y) | | | | | | | | | |
| 23. Capital One Financial Corp Common Stock (Y) | | | | | | | | | |
| 24. Freeport McMoran Copper & Gold, Inc. Common Stock (Y) | | | | | | | | | |
| 25. Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 02/23/18 | J | | Stifel Inv't a/c |
| 26. Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Sold (part) | 08/24/18 | J | A | Stifel Inv't a/c |
| 27. Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 28. Artisan Funds Mid Cap Value Fund -- Advisor Class | A | Dividend | | | Sold | 09/14/18 | J | A | Stifel Inv't a/c |
| 29. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 02/23/18 | J | | Stifel Inv't a/c |
| 30. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 11/26/18 | J | | Stifel Inv't a/c |
| 31. Columbia Contrarian Core Fund | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Stifel Inv't a/c |
| 32. Columbia Contrarian Core Fund | A | Dividend | J | T | Sold (part) | 08/24/18 | J | A | Stifel Inv't a/c |
| 33. Columbia Contrarian Core Fund | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 34. American Beacon International Equity Fund | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Stifel Inv't a/c |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Beacon International Equity Fund | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 36. Fidelity Advisor New Insights Fund Instl Cl | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Stifel Inv't a/c |
| 37. Fidelity Advisor New Insights Fund Instl Cl | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 38. FMI International Fund | A | Dividend | J | T | Buy | 11/30/18 | J | | Stifel Inv't a/c |
| 39. Goldman Small Cap Insights Fund | A | Dividend | J | T | Buy | 11/30/18 | J | | Stifel Inv't a/c |
| 40. Ivy Mid Cap Growth Fund | A | Distribution | J | T | Buy | 02/23/18 | J | | Stifel Inv't a/c |
| 41. Ivy Mid Cap Growth Fund | A | Distribution | J | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 42. Janus Henderson International Oppty Fund | | None | | | Sold | 11/30/18 | J | | Stifel Inv't a/c |
| 43. Nationwide Geneva Mid Cap Gr Fund Instl Svc Class | | None | | | Sold | 02/23/18 | J | A | Stifel Inv't a/c |
| 44. MFS Intl Growth Fund | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Stifel Inv't a/c |
| 45. MFS Intl Growth Fund | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 46. Nuveen Small Cap Value Fund | A | Dividend | J | T | Buy | 09/14/18 | J | | Stifel Inv't a/c |
| 47. Nuveen Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 11/26/18 | J | | Stifel Inv't a/c |
| 48. Oppenheimer Developing Markets Fund Cl Y | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Stifel Inv't a/c |
| 49. Oppenheimer Developing Markets Fund Cl Y | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | Stifel Inv't a/c |
| 50. Oppenheimer Developing Markets Fund Cl Y | A | Dividend | J | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 51. Wells Fargo Special Small Cap Value Fund | | None | | | Sold | 09/14/18 | J | A | Stifel Inv't a/c |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Special Mid Cap Value Fund | A | Dividend | J | T | Buy | 09/14/18 | J | | Stifel Inv't a/c |
| 53. Wells Fargo Special Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 11/26/18 | J | | Stifel Inv't a/c |
| 54. Meridian Small Cap Growth Fund | A | Distribution | J | T | Buy (add'l) | 02/23/18 | J | | Stifel Inv't a/c |
| 55. Meridian Small Cap Growth Fund | A | Distribution | J | T | Buy (add'l) | 08/24/18 | J | | Stifel Inv't a/c |
| 56. Meridian Small Cap Growth Fund | A | Distribution | J | T | Sold (part) | 11/26/18 | J | A | Stifel Inv't a/c |
| 57. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | Stifel Inv't a/c |
| 58. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Buy (add'l) | 08/24/18 | J | | Stifel Inv't a/c |
| 59. Thornburg Ltd Term Muni Fund | A | Dividend | J | T | Sold (part) | 11/26/18 | J | | Stifel Inv't a/c |
| 60. American Beacon International Equity Fund | A | Dividend | J | T | | | | | Part of Stifel IRA |
| 61. Artisan Funds Mid Cap Value Fund -- Investor Class | | None | | | Sold | 09/14/18 | J | A | Part of Stifel IRA |
| 62. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | Part of Stifel IRA |
| 63. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Buy (add'l) | 05/25/18 | J | | Part of Stifel IRA |
| 64. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Part of Stifel IRA |
| 65. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Sold (part) | 08/24/18 | J | A | Part of Stifel IRA |
| 66. Fidelity Advisor New Insights Mutual Fund Institutional Class | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Part of Stifel IRA |
| 67. FMI International Fund Instl | A | Dividend | J | T | Buy | 11/30/18 | J | | Part of Stifel IRA |
| 68. Goldman Sachs Intl Small Cap Insights Fund | A | Dividend | J | T | Buy | 11/30/18 | J | | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ivy Mid Cap Growth Fund | A | Distribution | J | T | Buy | 02/23/18 | J | | Part of Stifel IRA |
| 70. Nuveen Small Cap Value Fund | A | Dividend | J | T | Buy | 09/14/18 | J | | Part of Stifel IRA |
| 71. Oppenheimer Developing Markets Fund Class Y | A | Dividend | J | T | Buy (add'l) | 11/16/18 | J | | Part of Stifel IRA |
| 72. Oppenheimer Developing Markets Fund Class Y | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Part of Stifel IRA |
| 73. Harbor Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | Part of Stifel IRA |
| 74. Janus Henderson International Oppty Fund | A | Dividend | | | Sold | 11/30/18 | J | | Part of Stifel IRA |
| 75. Meridian Sm Cap Gr Fund Investor Class | A | Distribution | J | T | Buy (add'l) | 08/24/18 | J | | Part of Stifel IRA |
| 76. Meridian Sm Cap Gr Fund Investor Class | A | Distribution | J | T | Sold (part) | 02/23/18 | J | A | Part of Stifel IRA |
| 77. Nationwide Mutual New Geneva Mid Cap Growth Fund Instl Svc Class | | None | | | Sold | 02/23/18 | J | A | Part of Stifel IRA |
| 78. Vanguard Short Term Federal Fund | A | Dividend | J | T | Buy | 08/24/18 | J | | Part of Stifel IRA |
| 79. MFS Intl Growth Fd Cl I | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | Part of Stifel IRA |
| 80. Wells Fargo Govt Securities Fund Admin Class | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | Part of Stifel IRA |
| 81. Wells Fargo Govt Securities Fund Admin Class | A | Dividend | J | T | Sold (part) | 08/24/18 | J | | Part of Stifel IRA |
| 82. Wells Fargo Special Small Cap Value Fund | A | Dividend | | | Sold | 09/14/18 | J | A | Part of Stifel IRA |
| 83. Wells Fargo Special Mid Cap Value Fund | A | Dividend | J | T | Buy | 09/14/18 | J | | Part of Stifel IRA |
| 84. Inherited IRA | | | | | | | | | Stifel Inherited IRA |
| 85. -- Stifel Insured Bank Program | A | Interest | J | T | | | | | Stifel Inherited IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Verizon (VZ) | A | Dividend | J | T | | | | | Stifel Inherited IRA |
| 87. -- Franklin Income Fund, Advisor Class | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | Stifel Inherited IRA |
| 88. -- Ishares S&P Mid Cap 400 Growth ETF (IJK) | A | Dividend | J | T | | | | | Stifel Inherited IRA |
| 89. -- Ishares S&P Small Cap 600 Growth ETF (IJT) | A | Dividend | J | T | | | | | Stifel Inherited IRA |
| 90. Stifel Individual Brokerage Acct | | | | | | | | | Stifel Individual Account |
| 91. -- Stifel Insured Bank Program | A | Interest | J | T | | | | | Stifel Individual Account |
| 92. -- Franklin NY Tax Free Income Fund, Cl A (FNYTX) | A | Dividend | J | T | Sold (part) | 07/18/18 | J | | Stifel Individual Account |
| 93. -- Lord Abbett Value Opptys Fund, Class C | A | Distribution | | | Sold | 11/26/18 | J | | Stifel Individual Account |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Minor child #1 Stifel account: minor reached majority.
2. Minor child #2 Stifel account closed.
3. Minor child #2 NY College Savings Program account closed.

VII. Investments

1. Row 51: For Wells Fargo Special Small Cap Value Fund in previous period (1/1/2017 to 12/31/2017) the word "Special" in the description was inadvertently omitted.

2. Row 87: For Franklin Income Fund, for previous report (1/1/2017 to 12/31/2017) it was inadvertently listed as sold where Class C shares were exchanged for advisor class shares and only part of those advisor class shares were sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LISA M. SMITH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544